JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHNSON and BEVERLY JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: CV 20-9513-DMG (AFMx) <br><br> **JUDGMENT [10]** |

1  Good cause having been shown, it is hereby ORDERED, ADJUDGED .AND
2  DECREED as follows:
3  Judgment is hereby entered against Defendant FCA US LLC in favor of
4  Plaintiffs, Paul Johnson and Beverly Johnson.
5  Defendant FCA US LLC shall pay the sum of $28,000.00 to Plaintiffs and their
6  attorneys as the total amount to be paid by FCA US on account of any liability claimed in
7  this action, including any attorneys' fees, costs or expenses to be claimed by Plaintiffs'
8  attorneys.
9  The foregoing sum shall be paid ninety (90) days from the date Plaintiffs'
10 Acceptance of FCA US' s Rule 68 Offer of Judgment is executed and served by
11 Plaintiffs.  During this period, no interest will accrue on this sum.
12 All scheduled dates and deadlines are VACATED.
13 IT IS SO ORDERED.

15 DATED:  November 16, 2020            _____
16                                       DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE